**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of May, two thousand and sixteen.

_____

Jonathan Ferrie, individually and on behalf of all others similarly situated,

        Plaintiff - Appellant,

v.

DIRECTV, LLC,

        Defendant - Appellee.
_____

**ORDER**

Docket No. 16-354

On March 4, 2016, the Court issued a notice, pursuant to Fed. R. App. P. 4(a)(4), staying this appeal due to a pending motion to amend the judgment filed in the district court. On May 2, 2016, the district court granted that motion, reopened the case, and stayed the case pending resolution of arbitration. In light of the district court's May 2, 2016 decision, Appellant now withdraws his notice of appeal because there is no longer a final judgment from which to appeal.

IT IS ORDERED that Appellant's request to withdraw the appeal is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 05/25/2016**