UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JONATHAN FERRIE, individually and on behalf of all others similarly situated,<br>    PLAINTIFF,<br>VS. | : CIV. NO.: 3:15-cv-00409-JCH |
| DIRECTV, LLC<br>    DEFENDANT | : December 12, 2016 |

## STIPULATION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff, joined by all parties appearing in this action, stipulates and agrees that this action may be dismissed with prejudice, and without costs or attorneys' fees being awarded to any of these named parties, upon Order of the Court and upon such terms and conditions as the Court deems proper, and that judgment enter accordingly.

| PLAINTIFF,<br>JONATHAN FERRIE | DEFENDANT,<br>DIRECTV, LLC |
|---|---|
| By: __/s/_____<br>John Louis Cordani, Jr. (ct28833)<br>Carmody Torrance Sandak & Hennessey, LLP - NH<br>195 Church St. 18th floor<br>PO Box 1950<br>New Haven, CT 06510-1950<br>Telephone: (203) 784-3110<br>Telecopier: (203) 784-3199<br>jlcordani@carmodylaw.com | By: __/s/_____<br>Matthew D. Gordon (ct02355)<br>Nicholas Ouellette (ct28654)<br>Matthew Dallas Gordon LLC<br>836 Farmington Ave., Suite 221A<br>West Hartford, CT 06119<br>Telephone: (860) 523-0471<br>Telecopier: (860) 523-0472<br>mattgordon@mdgordonlaw.com<br>nouellette@mdgordonlaw.com |

## **CERTIFICATION OF SERVICE**

I hereby certify that on December 12, 2016 a copy of foregoing Stipulation to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ John L. Cordani, Jr.
John L. Cordani, Jr.